HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org

Attorney for Defendant
DENNIS JOSEPH PACHECO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:96-CR-00307-KJM |
| Plaintiff, | APPLICATION AND ORDER APPOINTING COUNSEL |
| vs. | |
| DENNIS JOSEPH PACHECO, | |
| Defendant. | |

The defendant, DENNIS JOSEPH PACHECO, through the Federal Defender for the Eastern District of California, hereby requests appointment of the Federal Defender's Office and Assistant Federal Defender Rachelle Barbour.

Mr. Pacheco submitted to our office a Financial Affidavit as evidence of his inability to retain counsel and has requested our assistance.  After reviewing Mr. Pacheco's Financial Affidavit, it is respectfully recommended that the Federal Defender be appointed.

DATED:  June 18, 2020                              /s/ Rachelle Barbour
                                                              RACHELLE BARBOUR
                                                              Assistant Federal Defender

Having satisfied the Court that he is unable to employ counsel, the court hereby appoints the Federal Defender's Office pursuant to 18 U.S.C. § 3006A.

Dated:  June 22, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE